## CHRISTIAN WORCH
### vs.
## WILLIAM KELLY Et Ux.

The joinder of husband and wife in an action where the husband is the sole debtor, is a fatal misjoinder of parties.

Law No. 3819,    Decided January 31, 1868.

APPEAL from a judgment of the Circuit Court reversing a judgment of a justice of the peace which had been rendered in favor of plaintiff, and against the defendant and his wife.

The plaintiff had leased to the defendant a house and lot situate in the City of Washington. The latter becoming in arrear for the rent, suit was brought against him, his wife being joined as a defendant and judgment was rendered against both. The Court below reversed the judgment, and the plaintiff appealed to the General Term.

MR. FREDK. SCHMIDT for plaintiff:

The Court is empowered and directed by the statute to determine the case in a summary way upon the proofs and allegations of both parties according to law and equity and the right of the matter. The Court has power to dismiss the case as to the wife and give judgment against the husband.

MR. L. G. HINE, for defendant.

Joining the husband and wife in this suit was a fatal misjoinder.

MR. JUSTICE OLIN delivered the opinion of the Court:

From the foundation of the common law the joinder of two parties as joint debtors, when in fact one of them is not indebted is a fatal misjoinder. In this case the debt was solely that of the husband; consequently the joinder of the wife was fatal to the action.

The judgment of the Court below is affirmed.